Judge: Timothy W. Dore
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

AIHIKO PHILLIP AMANO,

                Debtor.

IN CHAPTER 13 PROCEEDING
NO. 16-11248-TWD

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Pursuant to 11 U.S.C. § 347(a) and Fed. R. Bankr. P. 3011, the Trustee reports the following unclaimed funds that are being paid into the United States Bankruptcy Court for the Western District of Washington:

| | |
|---|---|
| Aihiko Phillip Amano<br>3750 South 170th Street<br>SeaTac, WA 98188 | Check Number: 3504254<br>Amount: $1,750.00 |

Dated: February 09, 2023

/s/ *Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

TRUSTEE'S REPORT OF UNCLAIMED FUNDS TURNOVER

Jason Wilson-Aguilar
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124